1073338

# UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA

08-227-M-01

| UNITED STATES OF AMERICA vs REDDISH, DORMINICK A — Defendant | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | P149345 EV64 | 05/12/2005 |
| | FRAUD BY STATEMENT | |

FILED
APR 02 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

RECEIVED U.S. MARSHALS E/VA ALEXANDRIA 2005 SEP 21 A 9:30

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s)

- Collateral in the Amount of $ 315.00 may be Forfeited in Lieu of Appearance

Date 9/26/05

*United States Magistrate Judge*
THOMAS R. JONES, JR.

RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT*

| DATE | LOCATION |
|---|---|
| | |

Name Thomas P. Daly Title DUSM District DDC

Date 4/2/08 Signature [signature]

FILED
APR 02 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08-227-M-01

# United States District Court
## Violation Notice

Loc. Code: RV64
Violation No.: P 149345
Print Officer Name: F. FERSTL
Officer No.: 1044

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 5/12/05 1731
Offense Charged: 36 CFR 2.32(a)(3)
Place of Offense: NB GW Pkwy @ GRAVELLY POINT
Offense Description: GIVING FALSE INFORMATION

#05-14241

Defendant's Last Name: REDDISH
First Name: DORMINICK
M.I.: A

Driver's License No.:
DL State: DC

VEHICLE DESCRIPTION

A ☐ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.

___ I wish to terminate this matter by paying the collateral shown below, enclosed.

___ I plead not guilty and promise to appear as required.

YOUR COURT DATE

Court Address (circle one):
U.S. District Court, 3rd & Constitution Ave. NW, Washington DC 20001, (202) 273-0501
U.S. District Court, 401 Courthouse Sq., Alexandria VA 22314, (703) 299-2160 (circled)
U.S. District Court, 6325 Belcrest Rd Fed. AU, Hyattsville MD 20782, (301) 436-8375

Date: 7/14/05
Time: 0900

Collateral (Fine): $105.00
For payment by credit card SEE INSTRUCTIONS

P149345

Physical Description — Original CVB Copy

| Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| M | B | 5'9" | 137 | Blk | Br |

(Circle One) Adult (circled) Juvenile

Weather Conditions: Clear (circled) Cloudy Rain Snow Ice Fog
Traffic Conditions: Light Medium Heavy (circled)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MAY 12th 2005 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

I STOPPED A BLACK CHEVROLET w/ MD TAGS LAW-965 NB GW Pkwy @ GRAVELLY POINT FOR A DEFECTIVE BRAKE LIGHT. DURING THE STOP, MARIJUANA WAS DISCOVERED IN THE ASHTRAY. THE FRONT PASSENGER VERBALLY IDENTIFIED HIMSELF AS JAMES ANTHONY MOORE WITH A DOB OF 10/8/85 AND SSN 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. THE OCCUPANTS WERE ASKED FROM THE VEHICLE AND SEARCHED FOR MARIJUANA. A DOCUMENT FOUND IN THE FRONT PASSENGERS LEFT FRONT PANT POCKET POSITIVELY IDENTIFIED THE SUBJECT AS DORMINICK REDDISH WITH A DOB OF 10/8/85 AND SSN OF 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. A COMPUTER CHECK FROM THIS INFORMATION RETURNED WITH A NON-EXTRADITABLE WARRANT OUT OF DC. REDDISH WAS ISSUED A CITATION FOR GIVING FALSE INFORMATION WITH AN OPTIONAL COURT DATE OF 7/14/05. SUBSEQUENTLY, REDDISH [illegible] WAS ARRESTED FOR THE OUTSTANDING WARRANT. REDDISH ADMITTED THAT HE WAS IN FACT DORMINICK REDDISH. THIS INCIDENT OCCURRED AT APPROXIMATELY 1731 HRS.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☒ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/16/05 [signature]
Date — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: [date] [signature]
Date — U.S. Magistrate Judge

[handwritten: Deborah [illegible] ... 3/1/07]

CVB Scan 5/18/2005 11 33 07