

Rev 1/07

**FILED**

MAY 0 1 2008

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Date: 04/09/08

Address of Other Court: USDC District of Virginia
401 Courthouse Square
Alexandria, VA 22314

RE: CR 08-227-m-01 USA v. Reddish

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

- [✓] Docket Sheet
- [ ] Complaint
- [ ] Minute Order Appointing Counsel
- [ ] Corporate Surety Bond
- [ ] Personal Surety Bond
- [✓] Other: Blotter filed on 4/02/08

- [✓] Warrant of Removal
- [ ] Order of Removal
- [ ] Detention Order
- [✓] Waiver of Removal

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk